IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JUSTIN SWIRES, individually and on behalf of others similarly situated, | ) ) ) | Case No. 3:12-cv-01232-JPG-DGW |
| Plaintiff, | ) ) | **DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| v. | ) ) | **ON WHICH RELIEF CAN BE GRANTED** |
| INCREDIBLE SCENTS, INC. and WALGREEN CO., | ) ) ) | **[Fed.R.Civ. P. 8, 9(b), 12(b)(6)]** |
| Defendants. | ) ) ) ) | **[MEMORANDUM OF POINTS AND AUTHORITIES FILED CONCURRENTLY HEREWITH]** |

### INCREDIBLE SCENTS, INC.'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

COMES NOW Defendant Incredible Scents, Inc. ("Defendant"), and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss all claims asserted against Defendant in Plaintiff's First Amended Class Action Complaint ("Complaint").

Specifically, and as set forth in greater detail in Incredible Scents' Memorandum of Law in Support of its Motion to Dismiss the First Amended Complaint, which is filed contemporaneously herewith and incorporated herein by reference, Counts I, II, and III of the Complaint fail to state a plausible claim upon which relief can be granted against Defendant.

WHEREFORE, Defendant respectfully requests that this Court dismiss Counts I, II, and III of Plaintiff's First Amended Class Action Complaint and grant such other relief as the Court deems fair and proper, including its attorneys' fees, expenses, and costs incurred in defending this action.

Respectfully submitted,

**LEWIS, RICE, & FINGERSH, L.C.**

Dated:  February 13, 2013        By:    /s/ Winthrop B. Reed, III
                                                     Winthrop B. Reed, III, #6227062
                                                     David B. Helms, #6244546
                                                     R. Taylor Matthews, III #6298546

                                                     600 Washington Avenue, Suite 2500
                                                     St. Louis, Missouri 63101-1311
                                                     Telephone:  (314) 444-7600
                                                     Facsimile: (314) 241-6056
                                                     Email:  wreed@lewisrice.com
                                                                   dhelms@lewisrice.com
                                                                   tmatthews@lewisrice.com

*Counsel for Defendant Incredible Scents, Inc.*

### **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 13th day of February, 2013, a true and correct copy of the foregoing will be served upon all counsel of record via operation of the Court's ECF notification system.

                                                               /s/ Winthrop B. Reed, III