# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN SWIRES, individually and on behalf of others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>-vs-  )<br>)<br>INCREDIBLE SCENTS, INC.,  )<br>)<br>Defendant.  )<br>) | Case No.:  3:12-cv-01232-JPG-DGW |

## NOTICE OF INDIVIDUAL SETTLEMENT

COMES NOW Plaintiff Justin Swires and Defendant Incredible Scents, Inc., by and through counsel, and hereby notify the Court that the parties are finalizing an individual settlement of the above matter.  Once the parties have completed the settlement papers, they will file a stipulation of dismissal pursuant to Federal Civil Procedure Rule 41.  The parties hereby request that this matter be removed from the trial docket.

Dated:  September 24, 2013          By:   /s/ Brian T. Kreisler
                                          Brian T. Kreisler
                                          Kreisler Law Firm, LLC
                                          P.O. Box 1353
                                          O'Fallon, IL 62269
                                          Telephone:  (618) 589-2165
                                          Facsimile:  (618) 589-5095
                                          E-Mail:  brian@kreislerlawfirm.com

                                          *Counsel for Plaintiff Justin Swires*

By: /s/ Michael R. Reese
Michael R. Reese
Reese Richman LLP
875 Avenue of the Americas
18th Floor
New York, NY 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
E-Mail: mreese@reeserichman.com

*Counsel for Plaintiff Justin Swires*

By: /s/ David B. Helms
Winthrop B. Reed, III, #6227062
David B. Helms, #6244546
R. Taylor Matthews, III #6298546
Sarah A. Pohlman, # 6311310
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101-1311
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
Email: wreed@lewisrice.com
dhelms@lewisrice.com
tmatthews@lewisrice.com
spohlman@lewisrice.com

*Counsel for Defendant Incredible Scents, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of September, 2013, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ David B. Helms