IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUSTIN SWIRES,

Plaintiff,

v.

Case No.: 12-1232 JPG/DGW

INCREDIBLE SCENTS, INC.,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 1, 2015**     **JUSTINE FLANAGAN, Acting Clerk of Court**

     **s/ Mary Rakers, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
     **J. PHIL GILBERT**
     **DISTRICT JUDGE**